897 A.2d 1161

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John Richard OARE, Jr., Respondent.**

**No. 1042 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of March, 2006, upon consideration of the Recommendation of the Three–Member Panel of

the Disciplinary Board dated January 4, 2006, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that John Richard Oare, Jr., be subjected to public censure by the Supreme Court.

Madame Justice BALDWIN did not participate in this matter.